# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

February 28, 2024

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** *Liberty Mutual Ins. Co. v. Kuehne + Nagel Inc.*
Case No. 23-cv-10511

> Application GRANTED.  The initial pretrial conference scheduled for March 5, 2024, is hereby ADJOURNED to **April 16, 2024**, at **9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 15.
>
> SO ORDERED.
>
> *[signature]*
> February 28, 2024

Dear Judge Furman:

We represent the plaintiff in the above referenced action. We write jointly with counsel for defendant Kuehne + Nagel Inc. d/b/a Blue Anchor America Line ("K+N") to respectfully request a 30-day adjournment of the initial scheduling conference currently scheduled for March 5, 2024.

The reason for the requested adjournment is that defendant K+N recently filed a Third-Party Complaint against Hapag-Lloyd Aktiengesellschaft ("Hapag") on February 20, 2022 [ECF Doc. No. 12] pursuant to Fed. R. Civ. P. 14(c). The additional time is needed in order to effect service of the Third-Party Complaint and provide Hapag with an opportunity to participate in this action.

This is the first request for an adjournment of the initial scheduling conference in this matter.  The parties previously requested an extension of time for K+N to answer the complaint, which was granted.

We thank the Court for its time and consideration of this matter.  Please do not hesitate to contact the undersigned with any questions or comments.

**New Jersey** ● 505 Main Street, Suite 106, Hackensack, NJ 07601-5928 ● t 201-343-0970 ● f 201-343-5882
**Georgia** ● 4555 Mansell Road, Suite 300, Alpharetta, GA 30022 ● t 770-521-4234 ● f 770-521-4200

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: Val Wamser

**CC:**

**All Counsel of Record via ECF**