UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LIBERTY MUTUAL INSURANCE COMPANY, :
:
                Plaintiff, :
: 23-CV-10511 (JMF)
    -v- :
: ORDER
:
KUEHNE + NAGEL, INC. d/b/a BLUE ANCHOR :
AMERICA LINE, :
:
                Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By memo endorsement dated September 16, 2024, the Court granted a one-week extension of the deadline for Third-Party Defendant Hapag-Lloyd Aktiengesellschaft ("Hapag") to file its reply papers in connection with its motion to dismiss the Third-Party Complaint, through and until yesterday. *See* ECF No. 42. To date, Hapag has not filed any reply papers. The Court will grant one final courtesy extension, *nunc pro tunc*, through and until **tomorrow, September 26, 2024**. If Hapag fails to meet that deadline, its right to file reply papers will be deemed waived and the motion will be considered fully submitted.

      SO ORDERED.

Dated: September 25, 2024
       New York, New York
                                             _____
                                                 JESSE M. FURMAN
                                            United States District Judge