PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
WILLIAM J. PALLAS*
JUSTIN T. NASTRO*
DANIEL J. FITZGERALD*†△
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*
J. TANNER HONEA*^
RYAN BYRNES*
BARBARA G. CARNEVALE*
BLAINE PAYER
JASON H. KRAMER
SEAN DUFFY
MADELINE RITTER

*   ALSO ADMITTED IN NEW JERSEY
†   ALSO ADMITTED IN CONNECTICUT
△   ALSO ADMITTED IN WASHINGTON, D.C.
◊   ALSO ADMITTED IN PENNSYLVANIA
^   ALSO ADMITTED IN TEXAS

**LAW OFFICES OF**
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
MARK F. MULLER
JAMES L. ROSS*
ERIC E. LENCK
THOMAS RUSSO

September 25, 2024

FHM Ref. 102-24/MF

*In light of this letter, Hapag's motion to dismiss the Third-Party Complaint is hereby DENIED as withdrawn. The Clerk of Court is directed to terminate ECF No. 36.*

*SO ORDERED.*

[signature]

*September 25, 2024*

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *Liberty Mut. Ins. Co. v. Kuehne + Nagel Inc.*
           *v. Hapag-Lloyd Aktiengesellschaft*
           Case No. 1:23-cv-10511-JMF
           ----------------------------------------------------------------------

Dear Judge Furman:

      We represent third-party defendant Hapag-Lloyd Aktiengesellschaft ("Hapag") in the above referenced matter, and write concerning our Motion to Dismiss the Third-Party Complaint for *forum non-conveniens*. We are in receipt of the Court's Order of September 25, 2024 extending our deadline to submit a reply until September 26, 2024, and we greatly appreciate this courtesy extended by the Court. Nevertheless, we respectfully request that Hapag's pending Motion be withdrawn without prejudice. We thank the Court for its time and consideration of this request.

                            Respectfully submitted,
                            FREEHILL HOGAN & MAHAR LLP

                            [signature]

                            William H. Yost
                            *yost@freehill.com*

617160.1

cc:     **Via ECF**
Eva-Maria Mayer, Esq.
Zeiler Floyd Zadkovich
*Counsel for Kuehne + Nagel Inc.*
33rd East 33rd Street-Suite 905
New York, NY 10016
617-943-7957
Email: eva.mayer@zeilerfloydzad.com

Val Edmund Wamser, Esq.
Nicoletti Hornig & Sweeney
*Counsel for Plaintiff*
88 Pine Street, 7th Floor
New York, NY 10005
(212) 220-3830
Fax: (212) 220-3780
Email: vwamser@nicolettihornig.com

2

617160.1

F<small>REEHILL</small> H<small>OGAN</small> & M<small>AHAR</small> <small>LLP</small>