

NEW YORK
LONDON
CHICAGO
HOUSTON
SYDNEY

Via ECF
Hon. Gabriel W. Gorenstein
Thurgood Marshall
  United States Courthouse
40 Foley Square
Courtroom 519
New York, NY 10007

MEMORANDUM ENDORSED

October 15, 2024

Eva-Maria Mayer
Senior Associate | Attorney at Law (New York)
eva.mayer@floydzad.com
mobile:  +1 617 943 7957

**RE:** *Liberty Mutual Ins. Co. v. Kuehne + Nagel Inc.*, Case No. 23-cv-10511 — Request to adjourn of settlement conference Sine Die

Dear Judge Gorenstein,

We are counsel for Defendant Kuehne + Nagel Inc. ("K+N") in the above captioned action. We write to request that the settlement conference currently scheduled for October 21, 2024, at 2:30 P.M., be adjourned *sine die* in accordance with the Court's Order dated July 19, 2024, and § 8 of the Court's Standing Order Applicable to Settlement Conferences Before Judge Gorenstein (Dkt. 35), which requires the parties to request an adjournment "if [] an adjournment would permit discovery or exchange of information that would make the conference more fruitful."

K+N makes this request because K+N made a supplemental request for production of documents to Plaintiff Liberty Mutual Insurance Company on October 8, 2024, and due by November 7, 2024. K+N believes that information requested would make a settlement conference more fruitful as it pertains to K+N's defenses.

The below signed counsel for K+N has conferred with counsel for Liberty Mutual Insurance Company and Third-Party Defendant Hapag-Lloyd Aktiengesellschaft, both of whom have given their consent to this request.

Thank you for your time and consideration.

Respectfully Submitted,

/s/Eva-Maria Mayer
Eva-Maria Mayer

---

Granted. The settlement conference is adjourned sine die.  The parties shall write to the Court as soon as both sides are prepared to participate in the conference.  The letter shall include several dates that both counsel and clients are available.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

October 15, 2024